UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                      Chapter 13
      Joel Gonzalez         Case No. 09-50948 RLE

OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
HEARING; CERTIFICATE OF SERVICE
CLAIMANT: JPMorgan Chase Bank, NA

Debtor(s)_____/ CLAIM NO: 1

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim)* | DOLLAR AMT | DATE FILED |
|---|---|---|
| JPMorgan Chase Bank, National Association    See Exhibit A & B | 554,270.22 | February 27, 2009 |

7255 Baymeadows Way Mail Stop JAXB2007
Jacksonville, Florida 32256
Attn: Lawrence J. Buckley

The basis for the objection is that the claim:
___    duplicates claim no. _____ filed on _____ by _____.
___    does not include a copy of the underlying judgment.
___    does not include a copy of the security agreement and evidence of perfection.
___    fails to assert grounds for priority.
___    does not include a copy of the assignment(s) upon which it is based.
___    appears to include interest or charges accrued after the filing of this case on _____.
___    is not timely filed.
_T_    debtor has rescinded the loan by reason of TILA violations; the claim is therefore unsecured and subject to off sets_____
_____.

The Objecting Party will ask the Court to enter an Order providing that the claim is:
___    allowed as a secured claim in the amount of:       $_____.
___    allowed as an unsecured claim in the amount of:    $_____.
___    allowed as a priority claim in the amount of:        $_____.
_T_    disallowed in its entirety
___    _____.

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty (20) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least ten (10) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated:_____        _____
                                                       Attorney for Objecting Party
   DEBTOR(S') ADDRESS:               *Cathleen Cooper Moran/Renée C. Mendoza
   Joel Gonzalez                           *Moran Law Group, 1674 N. Shoreline Blvd., Ste. 140
   116 Kelly Court                      *Mountain View, CA 94043
   Watsonville, CA 95076            * Telephone: 650-694-4700
   *

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 1674 N. Shoreline Blvd., Ste. 140, Mountain View, CA 94043. I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Mountain View, California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: _____ at Mountain View, California.      _____

| Lawrence J. Buckley | Devin Derham-Burk | United States Trustee | * |
| Creditor's Agent | Chapter 13 Trustee | 280 South First Street | |
| P.O. Box 829009 | P.O. Box 50013 | Suite 268 | |
| Dallas, TX 75382-9009 | San Jose, CA 95150 | San Jose, CA 95113 | |

Rev. 2/05